DK 3 DK R 8445

PAGE NUMBER ONE OF EIGHT PAGES

Form Received from UTAH
on 06/02/2008 #1

Name: IVAN MENDEZ
Address: D.C.C., 1181 PADDOCK ROAD, SMYRNA DE. 19977
Telephone:

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## _____ DIVISION

IVAN L. MENDEZ
(Full Name)
PLAINTIFF

vs.

MS. LINDA KEMP ONCE AGAIN

DEFENDANTS

443

**CIVIL RIGHTS COMPLAINT**
(42 U.S.C §1983, §1985)

CIVIL NO._____
(Supplied by Clerk)

FILED
JUL 16 2008
U.S. DISTRICT

## A. JURISDICTION

1. Jurisdiction is proper in this court according to:

   a. ✱ 42 U.S.C. §1983
   b. ___ 42 U.S.C. §1985
   c. ___ Other (Please Specify) _____

2. NAME OF PLAINTIFF IVAN MENDEZ
   IS A CITIZEN OF THE STATE OF _____

   PRESENT MAILING ADDRESS: D.C.C. 1181 PADDOCK ROAD
                            SMYRNA DE. 19977

3. NAME OF FIRST DEFENDANT MS. LINDA KEMP

BEAN COBAN ROCKS
PAGE NUMBER TWO OF EIGHT PAGES

07/14/2008

#2

IS A CITIZEN OF **N/A**
(City and State)

IS EMPLOYED AS **Counselor** at **D.C.C. 1181 Paddock Road Smyrna DE. 19977**
(Position and Title if Any)   (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES **X** NO ___. If your answer is "YES" briefly explain.

_____
_____
_____

4. NAME OF SECOND DEFENDANT **Ms. T. Harris**
(If applicable)

IS A CITIZEN OF **N/A**
(City and State)

IS EMPLOYED AS **Sargeant** at **D.C.C. 1181 Paddock Road Smyrna DE. 19977**
(Position and Title if Any)   (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES **X** NO ___. If your answer is "YES" briefly explain.

_____
_____
_____

5. NAME OF THIRD DEFENDANT **Ms. Jane Doe**
(If applicable)

IS A CITIZEN OF **N/A**
(City and State)

IS EMPLOYED AS **Corrections Officer** at **D.C.C. 1181 Paddock Road Smyrna DE. 19977**

(COURTNEY COBAIN ROCUS
PAGE NUMBER THREE OF EIGHT PAGES)

(Position and Title if Any)    (Organization)
Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES ✹   NO ___. If your answer is "YES" briefly explain.

_____

_____

_____

6. NAME OF FOURTH DEFENDANT MR. SHON DOE (INMATE)
(If applicable)

IS A CITIZEN OF N/A
(city and State)

IS EMPLOYED AS _____ at _____.
(Position and Title if Any)    (Organization)
Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES ___ NO ___. If your answer is "YES" briefly explain.

N/A _____

_____

_____

(Use additional sheets of paper if necessary.)

## B. NATURE OF CASE

1. Why are you bringing this case to court? Please explain the circumstances that led to the problem.

AS YOU KNOW IT TOO WHAT THEY DO TO MYSELF ON 06/30/2008, JUNE THIRTY OF 2008, AND MS. LINDA KEMP KNOW IT TOO AND THE SARGEANT, MS. T. HARRIS, THE CORRECTIONS OFFICER MS. JANE DOE, STILL WORKING HERE, AND THE INMATE MR. SHON DOE STILL LIVING HERE AND HARRASSING MYSELF AND ON 07/09/2008 THEY ALSO SAID THAT THEY ARE GOING TO FUCK UP AGAIN. MS. MARYLOU BLADES, AND MS. BARBARA (SAD EYES).

(DREW BARRYMORE ROCKS
PAGE NUMBER FOUR OF EIGHT PAGES)

07/14/2008
#4

## C. CAUSE OF ACTION

1. I allege that my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach additional pages)

    a.  (1) Count I: As you know it too all about it.

        (2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing legal authority or arguments.)

    b.  (1) Count II: _____

        (2) Supporting Facts: _____

07/14/2008

#5

(Elmon-Zuon Rocks
Page Number Five of Eight Pages)

c.  (1) Count III: _____

_____

(2) Supporting Facts: _____

_____

_____

_____

_____

_____

## D. INJURY

1. How have you been injured by the actions of the defendant(s)?

   As you know it too all about it _____

   _____

   _____

   _____

   _____

## E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1. Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action or otherwise relate to the conditions of your imprisonment? YES ✗ / NO _____. If your answer is "YES," describe each lawsuit. (If there is more than one lawsuit, describe additional lawsuits on additional separate pages, using the same outline.)

   a.  Parties to previous lawsuit:

       Plaintiff(s): As you know it too all about it

07/14/2008

FLEETWOOD MAC ROCKS
PAGE NUMBER SIX OF EIGHT PAGES
AS YOU KNOW IT TOO ALL THIS INFORMATION    #6

Defendant(s): _____
b.  Name of court and case or docket number: _____

c.  Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

d.  Issues raised: _____

e.  When did you file the lawsuit? _____
    Date    Month    Year

f.  When was it (will it be) decided? _____

2.  Have you previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C? YES_____ / NO _____. If your answer is "YES" briefly describe how relief was sought and the results. If your answer is "NO" explain why administrative relief was not sought.

**F. REQUEST FOR RELIEF** IS OVER 13 DAYS, ONCE AGAIN ARE YOU GOING TO WAIT FOR THEM TO ATTEMPT TO KILL ME AGAIN?

1.  I believe that I am entitled to the following relief:

I'M REQUESTING THE SAME THINGS AS ALWAYS, IF THEY DON'T KILL ME FIRST, AS YOU KNOW IT TOO THAT MY CLASSIFICATION DATE WAS DUE ON 04/20/2008 A ON 06/22/2008, AS YOU KNOW IT TOO ALL ABOUT IT, AND THAT INCIDENT WA ON 06/30/2008, OVER THIRTEEN DAYS AGO, AND YOU KNOW IT TOO WHAT HAPP ED ALWAYS, I'M STILL HAVING TO TAKE A SHOWER ON MY CELL AN EXCEPTION OF TODAY 07/14/2008, I WENT OUT TO TAKE A SHOWER BUT THE GOD DAMN C/Os TOOK HIM OUT AS THEY TAKE HIM OUT EVERYDAY, EVERYDAY, EVERYDAY.

DON'T FORGET THAT LAST TIME THE GOD DAMN CORRECTIONS OFFICERS ALONG WITH OTHER MEMBERS OF THIS CRIMINAL ORGANIZATION SEND THAT GOD DAMN INMATE OVER HERE TOO ON PROTECTIVE CUSTODY, TO THROW HIS URINE (PEE) AT MYSELF, WETTIN MYSELF AND CAUSING THIS NASTY INFECTIOUS, STINKY BLEEDING WOUNDS NOW CLOSEN BUT O AGAIN SOONER OR LATTER AS YOU KNOW IT TOO ALL ABOUT IT, SAME AS YOU KNOW IT TOO THAT HIM JUST LIKE EVERYBODY ELSE W GOT AWAY WITHOUT BEING CHARGED, AS YOU KNOW I TOO ALL ABOUT IT.

(GRAND PUNK ROGUS)

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint, and that the information contained therein is true and correct. 28 U.S.C. §1746; 18 U.S.C §1621.

Executed at  D.C.C. 1181 PADDOCK ROAD SMYRNA DE, 19977  on  JULY 17  20 08
(Location)                (Date)

IVAN MENDEZ
Signature



I/M IVAN MENDEZ
SBI# 453351   UNIT S.H.U. #18
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.'s X-RAY

U.S. District Court
844 North King Street
Lockbox #18
Wilmington Delaware,
19801