{ DREW BARRYMORE LOVES MEGADETH AND MOTORHEAD }
{ PAGE NUMBER FOUR #4    OF EIGHTEEN #18    PAGES }   #D)4

U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE.
FORM TO BE USED BY A PRISONER IN FILLING A
COMPLAINT UNDER THE CIVIL RIGHTS ACT 42 USC 1983.

08-443

- PLAINTIFF # IVAN MENDEZ
- CASE NUMBER # 318-2001
- DEFENDANTS # MS. LINDA KEMP (COUNSELOR).
- JURISDICTION IS PROPER IN THIS COURT ACCORDING TO # 42 USC 1983.
- PLAINTIFF # IVAN MENDEZ
- ADDRESS # D.C.C., 1181 PADDOCK ROAD, SMYRNA DE., 19977.

RECEIVED AUG 15 2008 U.S. DISTRICT COURT DISTRICT OF DELAWARE

- LIST CAPTION AND CASE NUMBER OF YOUR PREVIOUS LAWSUITS # HONORABLE MASTER AS YOU KNOW IT TOO THIS INFORMATION, WHICH IN MATTER OF FACT I'M STILL WAITING FOR THE ANSWERS OF ALL OF MY DIFFERENT LEGAL FORMS AND LETTERS FROM YOU, WASHINGTON D.C., DELAWARE, PENSYLVANIA, AND FROM ALL OF THIS CRIMINAL ORGANIZATION AS YOU KNOW IT TOO, SAME AS YOU KNOW IT TOO THAT IT HAS BEEN YEARS WAITING FOR THOSE ANSWERS.

- IS THERE A PRISONER GRIEVANCE # YES
- HAVE YOU EXHAUSTED YOUR ADMINISTRATIVE REMEDIES # YES
- WHAT STEPS DID YOU TAKE # THE LEGAL STEPS AS YOU KNOW IT TOO.
- WHAT WAS THE RESULTS # NEGATIVE, NO RESULTS AS YOU KNOW IT TOO, SAME AS YOU KNOW IT TOO THAT THAT THE GRIEVANCE CHAIRPERSONS ARE MEMBERS OF THIS CRIMINAL ORGANIZATION TOO, SAME AS YOU KNOW IT TOO, THAT THEY HAVE TOO SEND IT PEOPLE TO ACCOMPLISH THIS NASTY SET UP CONSPIRACY, AND WIDELY SPREAD IT PLOT TO KILL ME FROM GANDER HILL PRISON, FROM S.C.I PRISON, FROM D.P.C. STATE HOSPITAL, AND FROM OVER HERE AT DELAWARE CORRECTIONAL CENTER TOO, AS YOU KNOW IT TOO ALL ABOUT IT.

2- NAME OF DEFENDANTS # COUNSELOR MS. LINDA KEMP AND OTHER PARTIES, AS YOU KNOW IT TOO ALL ABOUT IT.

3- EMPLOYED AS A # COUNSELOR OF D.C.C., AS YOU KNOW IT TOO, SAME AS YOU KNOW IT TOO THE JOBS AND POSITIONS OF THE OTHER PARTIES TOO.

4- ADDRESS # COUNSELOR MS. LINDA KEMP, AND SOME PARTIES ARE AT D.C.C., 1181 PADDOCK ROAD, SMYRNA DE., 19977, AS YOU KNOW IT TOO, SAME AS YOU KNOW IT TOO ALL OF THE ADDRESSES OF ALL OF THE OTHER PARTIES TOO.

5- STATE BRIEFLY THE FACTS OF YOUR CASE # HONORABLE MASTER, YOU HAVE SAID ON YOUR ORDER SENT IT TO ME ON 07/30/2008, THAT I AM NOT ON IMMINENT DANGER OF SERIOUS PHYSICAL HARM, KNOWING TOO THAT MS. LINDA KEMP KNOW IT TOO ABOUT MR. JHON DOE INMATE FROM 06/30/2008, AND FROM 08/04/2008, AND AS YOU KNOW IT TOO THAT ▮▮▮▮▮

{ PLEASE TURN THIS FORM TO THE OTHER SIDE }

15. CERTAIN ACTUAL MEDICAL CURRENT OTHER WRITTEN IS INFORMATION ON MEDICAL INCIDENTS, SAME AS YOU KNOW IT TOO THAT SHE KNOW IT TOO ABOUT MY MEDICAL CONDITIONS, SAME AS YOU KNOW IT TOO THAT SHE KNOW IT TOO ABOUT MY MEDICAL AND PHYSICAL CONDITION THAT I AM LIVING RIGHT NOW, SINCE RIGHT WHEN MR. SCOTT HAROLD ATEMPTED TO KILL ME OVER AT THE M.H.U. BLDG. #23 ON 04/20/2006 OVER HERE ON D.C.C. AS YOU KNOW TOO ALL ABOUT IT, AND YOU IN REAL COLD BLOOD SAID THAT I AM NOT IN DANGER AND MR. ENON DOE THE INMATE FROM 06/30/2008 AND 08/04/2008, STILL LIVE HERE, OR ARE YOU WAITING AGAIN UNTIL THEY TRIED TO KILL ME AGAIN, SO I'LL GLAD TO HEAR FROM YOU SOON AS POSSIBLE.

16. HOW HAVE YOU BEEN INSURED BY THE ACTION OF THE DEFENDANTS # HONORABLE MA AS YOU KNOW IT TOO THIS INFORMATION.

17. STATE BRIEFLY WHAT YOU WANT THE COURTS DO FOR YOU # HONORABLE MASTER A YOU KNOW IT TOO THIS INFORMATION.

18. I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT

19. DATE # 08/13/2008

20. SIGNATURE # IVAN MENDEZ

P.S. HONORABLE MASTER, I HAVE OBTAINED A TELEVISION ON 08/10/2008, AND I HAVE REFUSED TO KEEP DRINKING THAT DRUGS FROM MEDICAL ON 07/28/2008, BUT I DON'T WATCH TELEVISION IT WAS JUST TO CHECK THE NEWS ON 08/01/2008, 08/02/2008, AND 08/03/2008, BU I DON'T MAKE IT, PERHAPS I AM AN L.D.S. MORMON, AND I DON'T WATCH TELEVISION PERHAPS THAT ONLY HAVE NINE CHANNELS, PERHAPS THAT I DON'T THINK ANYBODY NEEDS A TELEVISION, RADIO OR NEWSPAPERS OR MAGAZINES OVER HERE ON PRISON AS THE WORD SAYS " PRISON", AS YOU KNOW IT TOO ALL ABOUT IT.

{ PLEASE TURN THIS FORM TO PAGE NUMBER FIVE }