{ ELLEN DEGENERES LOVES U2 AND SCORPIONS }
{ PAGE NUMBER FIVE #5   OF EIGHTEEN #18   PAGES } #5

U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE.
MOTION TO PROCEED IN FORMA PAUPERIS.

08-443

1.- PLAINTIFF # IVAN MENDEZ
2.- CASE NUMBER # 318-2001
3.- DEFENDANTS # COUNSELOR MS. LINDA KEMP.
4.- COMES NOW THE PLAINTIFF AND RESPECTFULLY REQUEST THIS HONORABLE COURT TO ALLOW THIS TO PROCEED WITHOUT PREPAYMENTS OF COSTS FOR THE FOLLOWING REASONS # FOR ANOTHER CIVIL RIGHTS COMPLAINT.
5.- SIGNATURE # IVAN MENDEZ
6.- ADDRESS # D.C.C., 1181 PADDOCK ROAD, SMYRNA DE., 19977.
7.- I CERTIFY THAT A COPY OF THE ABOVE WAS MAILED POSTAGE PAID ON 08/13/2008, AUGUST 13 OF 2008.
8.- TO # U.S. DISTRICT COURT.
9.- NAME # U.S. DISTRICT COURT.
10.- ADDRESS # 844 N. KING ST, LOCKBOX #18, WILMINGTON DE. 19805

REC'D AUG 15 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

11.- WRITE THE REASONS WHY THE COURT SHOULD GRANT YOUR MOTION AND INCLUDE COURT RULES, LAWS AND CASES IF ANY THAT SUPPORT YOUR REASONS # BECAUSE AS YOU KNOW IT TOO THAT IT HAS BEEN YEARS WAITING FOR THE ANSWERS OF ALL OF MY DIFFERENT LEGAL WORKS AND LETTERS FROM YOU, WASHINGTON D.C., DELAWARE, PENNSYLVANIA, AND FROM ALL OF THIS CRIMINAL ORGANIZATION.
12.- I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.
13.- DATE # 08/13/2008
14.- SIGNATURE # IVAN MENDEZ

P.S. HONORABLE MASTER PLEASE CONSIDER MY MEDICAL AND PHYSICAL CONDITION, AND EVERYTHING ELSE AND PLEASE REMOVE ME TO S.C.I. OVER IN GEORGETOWN DELAWARE, FOR LEGAL PURPOSES AND FOR MORE PROTECTION AND PRESERVATION OF MY OWN LIFE UNDER PROTECTIVE CUSTODY AS YOU KNOW IT TOO HOW THE OLD WHITE AMERICAN COWBOYS AND COWGIRLS HELPED ME AND PROTECTED ME OVER AT S.C.I IN GEORGETOWN DE. AS YOU KNOW IT TOO ALL ABOUT IT.

{ PLEASE TURN THIS FORM TO THE OTHER SIDE }

INMATE REQUEST FOR CERTIFIED TRUST FUND
ACCOUNT STATEMENT FOR PRIOR SIX MONTHS PERIOD.

TO # MR. JOSEPH HUDSON.
SUPPORT SERVICES MANAGER
D.C.C.
SMYRNA DE., 19977

DATE # 08/13/2008

FROM # IVAN MENDEZ                        453351
        (INMATE NAME #)                   S.B.I. #

— I HEREBY CERTIFY —

PURSUANT TO 28 USC 1915, (A), (2),
I AM REQUESTING A CERTIFIED STATEMENT OR MY INST. TRUST
FUND ACCOUNT FOR PREVIOUS SIX MONTHS PERIOD.

IVAN MENDEZ
SIGNATURE #

28 USC 1746 AND 18 USC 1621

PLEASE TURN THIS FORM TO PAGE NUMBER SIX

{ FIREHOUSE LOVES HELEN HUNT, AND MOTLEY CRUE
{ PAGE NUMBER SIX #6          OF EIGHTEEN #18    PAGES } # Pg6

U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE.
APPLICATION TO PROCEED WITHOUT
PREPAYMENTS OF FEES AND AFFIDAVIT.

1.- PLAINTIFF # IVAN MENDEZ
2.- CASE NUMBER # 318-2001
3.- DEFENDANTS # MS. LINDA KEMP. (COUNSELOR).
4.- I AM THE PLAINTIFF UNDER 28 USC 1915 I AM UNABLE TO PAY THE COSTS OF THIS COMPLAINT.
5.- ARE YOU INCARCERATED # YES
6.- IF YES WHERE # D.C.C., 1181 PADDOCK ROAD, SMYRNA DE, 19977.
7.- ARE YOU EMPLOYED THERE # NO
8.- DID YOU RECEIVE ANY MONEY FROM THAT PRISON # NO
9.- NAME AND ADDRESS OF LAST EMPLOYER # MR. SAMMY CONGO, AT CONGO FUNERAL HOME, 2901 W. 2ND. ST., WILMINGTON DE., 19805, OR AT PETRUCON, 100 N., CLEVELAND AVE., WILMINGTON DE., 19805.
10.- MONTHLY SALARY RECEIVED # $ 1,600 OR 2,000.
11.- LAST DAY EMPLOYED # OCT. OR NOV. OF 2000.
12.- LAST PAYMENT OF SALARY RECEIVED # $ 1,600 OR 2,000.
13.- HAVE YOU RECEIVED ANY MONEY ON THE LAST YEAR PERIOD # NO
14.- DO YOU HAVE CASH OR ANY ACCOUNT # NO
15.- LIST THE PERSONS DEPENDANT ON YOU FOR SUPPORT # WHAT IS LEFT OF MY FAMILY.
16.- DO YOU OWN ANY PROPERTY # NO
17.- I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.
18.- DATE # 08/13/2008
19.- SIGNATURE # IVAN MENDEZ

P.S. HONORABLE MASTER, AS YOU KNOW IT TOO THAT I AM NOT AN OLD WHITE AMERICAN COWBOY BETWEEN 45 YEARS AND 54 YEARS OLD WITH AN OLD WHITE AMERICAN COWBOY'S ACCENT LIKE MR. CLINT EASTWOOD, THE YOUNG GUNS, TOMBSTONE OR MR. ENON WAYNE'S. I AM ONLY 35 YEARS OLD BORN IN THE OLD MEXICO, AND MY ENGLISH IS NOT EVEN GOT LIKE THE ▓▓▓▓▓▓ EVIL PEOPLE WHOM CALLED THEMSELVES HILLBILLIES OR FIRECRACKERS, AS EVEN THEIR OWN CALLED THEM WANZOS OR VANZOS OR SOMETHING LIKE THAT AS YOU KNOW IT TOO ALL ABOUT IT.

{ PLEASE TURN THIS FORM TO THE OTHER SIDE }